STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Bret Christopher Beyer
Attorney at Law
P. O. Box 53006
Lafayette LA 70505

**REHEARING ACTION: December 16, 2009**

**Docket Number: 09   00535-CA**

**MELBA LEE SEE**
**VERSUS**
**ENTERGY CORPORATION, ET AL.**

**Appealed from ST. LANDRY Parish Case No. 06-C-0632-B**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Melba Lee See** has this day been

    **DENIED.**

cc: Joseph R. Ballard, Counsel for the Appellee
    Douglas C. Longman  Jr., Counsel for the Appellant
    Matthew Joseph Hill  Jr., Counsel for the Appellee